**RECEIVED**

JUL 1 8 2025

RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

# UNITED STATES DISTRICT COURT

for the

_SOUTHERN_ District of _OHIO_

_EASTERN_ Division

**2:25 CV 0801**

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

_(to be filled in by the Clerk's Office)_

JUDGE GRAHAM

MAGISTRATE JUDGE GENTRY

_RICCO MAYS_

Plaintiff(s)
_(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)_

-v-

_KEVIN KELLEY_

Defendant(s)
_(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)_

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                      RICCO L MAYE

All other names by which

you have been known:                      _____

ID Number

Current Institution                       CORE CIVIC NEOCC

Address                                   2240 Hubbard Rd

                                          youngstown    OHIO      44505
                                            *City*        *State*    *Zip Code*

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
    Name                          KEVIN KELLEY
    Job or Title *(if known)*     Prosecutor
    Shield Number
    Employer                      A.V.S.A.
    Address                       303 Marconi Blvd. C
                                  Columbus         OH        43215
                                    *City*        *State*    *Zip Code*
                                  ☑ Individual capacity   ☑ Official capacity

Defendant No. 2
    Name                          HEATHER Hill
    Job or Title *(if known)*     Prosecutor
    Shield Number
    Employer                      A.V.S.A.
    Address                       303 Marconi Blvd.
                                  Columbus         OH        43215
                                    *City*        *State*    *Zip Code*
                                  ☑ Individual capacity   ☑ Official capacity

Defendant No. 3

Name     BRANDON HARMON

Job or Title *(if known)*     CPD Officer / H.S.I.

Shield Number

Employer     Columbus Police Department

Address     120 Marconi Blvd.

Columbus     OH     43215

    *City*     *State*     *Zip Code*

[✓] Individual capacity     [✓] Official capacity

Defendant No. 4

Name     SAMUEL CHAPPELL

Job or Title *(if known)*     CPD Officer / T.F.O.

Shield Number

Employer     Columbus Police Department

Address     120 Marconi Blvd.

Columbus     OH     43215

    *City*     *State*     *Zip Code*

[✓] Individual capacity     [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

[✓] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The 1st, 8th, 17th & 4th AMENDMENTS AS WELL A LOCAL LAWS WHICH WAS VIOLATED BY CPD OFFICERS - 4th, 5th, 6th,

FREE SPEACH, UNLAWFUL SEARCHES, CRUEL & URUSUAL PUNISHMENT, HARDSHIP DUE PROCESS, WRONGFULL IMPRISONMENT

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? THE 14th AMENDMENT UNDER DUE PROCESS, REGARDS TO THE VIOLATION COMMITED BY ATF, tFO, JUDGES ATTORNEYS NAMED WITHIN. 8th AMENDMENT CRUEL & UNUSUAL

## Parties to the complaint: Page #1
### (Continued from Page #2 Part B "Parties to the Complaint")
### List of defendants:

5. **Name: Jessica Gregg**
   **Job or title: Private Investigator**
   **Shield #:**
   **Employer: Andy Callif Bail Bonds**
   **Address:**
   **Capacity: Individual & Official**

6. **Name: Keith Yeazel**
   **Job or title: Defence Attorney**
   **Shield #:**
   **Employer: Attorney**
   **Address: 905 S High St.**
   **Capacity: Individual & Official**

7. **Name: Kevin Durkin**
   **Job or title: Defence Attorney**
   **Shield #:**
   **Employer: Attorney**
   **Address:**
   **Capacity: Individual & Official**

8. **Name: Scott Culbert**
   **Job or title: Defense Attorney**
   **Shield #:**
   **Employer:**
   **Address: N/A**
   **Capacity: Individual & Official**

9. **Name: CPD John Fantin**
   **Job or title: Columbus Police Officer**
   **Shield #:**
   **Employer: CPD**
   **Address: 120 Marconi Blvd.**
   **Capacity: Individual & Official**

10. **Name: CPD Laird**
    **Job or title: Columbus Police Officer**
    **Shield #: 134**
    **Employer: CPD**
    **Address: 120 Martconi Blvd.**
    **Capacity: Individual & Official**

11. **Name: CPD D. Moreue**
    **Job or title: Columbus Police Officer**
    **Shield #: 2669**
    **Employer: CPD**
    **Address: 120 Marconi Blvd.**
    **Capacity: Individual & Official**

12. **Name: CPD K9 Brian Carter**
    **Job or title: Columbus K9 Officer**
    **Shield #: 115 5 K9**
    **Employer: CPD**
    **Address: 120 Marconi Blvd.**
    **Capacity: Individual & Official**

13. **Name: Judge Sarah D. Morrison**
    **Job or title: Federal Judge**
    **Shield #:**
    **Employer: Chief US District Judge**
    **Address: 85 Marconi Blvd.**
    **Capacity: Individual & Official**

14. **Name: J Slosser**
    **Job or title: Detective**
    **Shield #: 79**
    **Employer: Whitehall PD**
    **Address: 365 S. Yearlinng Rd.**
    **Capacity: Individual & Official**

15. **Name: Guy Grinstead**
    **Job or title: Detective**
    **Shield #: 71**
    **Employer: Whitehall PD**
    **Address: 365 S. Yearling Rd.**
    **Capacity: Individual & Official**

16. **Name: SA Messner**
    **Job or title: ATF Special Agent**
    **Shield #:**
    **Employer: Alcohol, Tobacco & Firearms**
    **Address: 303 Marconi Blvd.**
    **Capacity: Individual & Official**

17. **Name: SA Green**
    **Job or title: ATF Special Agent**

Shield #:
Employer: Alcohol, Tobacco, & Firearms
Address: 303 Marconi Blvd.
Capacity: Individual & Official

18. Name: TFO Collins
    Job or title: Task Force Officer
    Shield #:
    Employer: CPD
    Address: 303 Marconi Blvd.
    Capacity: Individual & Official

19. Name: CPD Kennedy
    Job or title: Columbus Police Officer
    Shield #:
    Employer: CPD
    Address: 120 Marconi Blvd.
    Capacity: Individual & Official

20. Name: CPD Richards
    Job or title: Columbus Police Officer
    Shield #:
    Employer: CPD
    Address: 120 Marconi Blvd.
    Capacity: Individual & Official

21. Name: Mellissa D.
    Job or title: Marshall Supervisor
    Shield #:
    Employer: U.S. Marshalls
    Address: 85 Marconi Blvd.
    Capacity: Individual & Official

22. Name: TFO Wright
    Job or title: Task Force Officer
    Shield #:
    Employer: CPD
    Address: 303 Marconi Blvd.
    Capacity: Individual & Official

23. Name: Erica Miller
    Job or title: Forensic Scientist
    Shield #:
    Employer: Columbus Police Crime Lab

Address: 770 E Woodrow Ave
Capacity: Individual & Official

24. **Name: MX908**
Job or title: Drug Testing Kit
Shield #:
Employer: Columbus Police Crime Lab
Address: 44 3rd Ave Burlington, MA 01803
Capacity: Individual & Official

25. **Name: Christopher H. Ashbridge**
Job or title: Group Supervisor
Shield #:
Employer: Columbus Field Office
Address: 120 Marconi Blvd.
Capacity: Individual & Official

26. **Name: Roland H. Hendon Jr.**
Job or title: Special Agent In Charge
Shield #:
Employer: Columbus Field Office
Address: 120 Marconi Blvd.
Capacity: Individual & Official

27. **Name:** CPD Adam D. Saddler
Job or title: Columbus Police Officer
Shield #: 2747
Employer: CPD
Address: 120 Marconi Blvd.
Capacity: Individual & Official

28. **Name:** CPD Snyder
Job or title: Columbus Police Officer
Shield #:
Employer: CPD
Address: 120 Marconi Blvd.
Capacity: Individual & Official

29. **Name: CPD Keith Conner**
Job or title: Columbus Police Officer
Shield #: 1300
Employer: CPD
Address: 120 Marconi Blvd.
Capacity: Individual & Official

# <u>Preface to Statement of The Facts:</u>

This section is a continuation of Defendants Continued from Page #2 & 3 of 11 Part B: Parties to the complaint. The Defendants listed is a continued list of defendants involved within this complaint. Their actions will be listed in the statement of claim section.

These incidents concern my issues with the direct, deliberate, unwanted, unnecessary, wrongful, derivative, indifferent, and blatant actions committed by Officers of the Columbus Police Department, Agents from Alcohol, Tobacco, & Firearms, Detectives from the Whitehall Police Department, Forensic Scientists from The Columbus Police Crime Lab, Prosecutors Kevin Kelly and Heather Hill, my Defense Attorneys, and Federal Judge Sarah D. Morrison. The violations described within affect the following Constitutional Amendment Rights:

1. The **1st Amendment** covering freedom of speech:
   - Judge Sarah D. Morrison placing me in solitary confinement throughout the duration of my trial, depriving me of all communication.
   - I was refused visits, phone calls, attorney visits, and all means of communication to help further my defense.
   - My attorneys refused to accept phone calls, return my letters, or schedule conferences to help further my defense.
2. My **4th Amendment** regarding unlawful searches:
   - The furtherance of investigation into my case.
3. The **5th and 14th Amendments** regarding equal protection rights and covering "due process":
   -I was singled out, treated differently, and isolated. I was refused priveledges, amentities, and basic rights all other inmates received. I was treated unfairly, inhumanely, and refused due process rights regarding grievances, disciplinary status, and punishment.
4. The **6th Amendment** regarding being afforded ample time to confer privately with mt attorney:
   - I was unable to contact my attorneys throughout most of my case, leaving me unable to prepare a proper defense.
   - I was refused communication by my own lawyers; and refused correspondence by the jails- leaving me with no way to prepare a proper defense.
5. The **8th Amendment** relating to "cruel and unusual punishment:
   - Being unfairly and unjustly punished, being forced into solitary confinement, and stripped of all priveledges other inmates are afforded

Further I must add for the benefit of this complaint that the Judge who views this must keep in mind the following: that all defendants did enact measures that affected my ability to pursue my liberty, thtat while enacting these measures they behaved in a deliberate manner to which I felt that I was being targeted. The measures to which they employed were calculated and deliberate in nature, because they knew what they were doing and still continued to do it anyways. I firmly believe that each individual acted in a deliberate and neglectful frame of mind to purposely and recklessly cause me harm through unjust means. Therefore, I must attempt to bring forth the truth and shed light on this issue, so as they may be held accountable. Due to the nature listed, I believe that due to their actions they inherently revoke their right to sheild themselves with "Qualified Immunity," and they are fully liable for their actions. Also, they are capable adults who are not unable to process their actions, therefore they cannot sheild themselves with such claims, lest they determine that they are in fact incompetent. This leaves me with the ability to discuss the complaint as it stands.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. *INDIVIDUALS LISTED WITHIN THIS COMPLAINT ACTED IN A DELIBERATED MANNER TO DEPRIVE ME OF MY RIGHTS SECURED UNDER THE CONSTITUTION WHILE WORKING IN THEIR OFFICIAL CAPACITY*

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* *CONVICTED BUT NOT YET SENTENCED*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*EVENTS HAPPEN IN SOUTHERN DIST OF OHIO*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*THE EVENTS HAPPEND DURING COURSE OF 5YR HOWEVER MOST PROVEN MISCONDUCT FACTS WAS UNCOVERED 2023, 2025, 2024 — WHEN I WAS FINALLY GIVEN MY DISCOVERY & ALLOWED PHONE CALLS 2025*

## Statement of The Facts:
### 4th, 5th, 6th, 8th, 14th Amendment Violations

I was recently convicted of charges in which I simply did not commit. The reasoning of my conviction was due to misconduct, bribery, threats, manipulation, manipulation of CPD reports, and disappearance BWC/DASH camera from the end of 2018 to the present day.

I will demonstrate how women I have never met were bribed, threatened, forced, promised money, apartments, cars, luxury items, and even told to commit perjury. They were coerced into telling stories fabricated against me to ensure a conviction. I have recordings of a female Nicole Sarvor, unrelated to my case, who claimed responsibility, along with someone she calls "Twin," for the overdose of Micheal Borck in which I stand convicted of. However, location data shows I was in West Virginia at the time, verified by the ankle monitor I was wearing.

On November 18, 2018, The iPhone location of Mr. Borck shows him pulling up and remaining in his car, never leaving, with the location updating every three feet, proving he never left his vehicle or approached closer than his car's position. There is Body-Worn Camera (BWC) footage of CPD officers Saddler and the Coroner illegally breaking the chain of custody by jailbreaking into the deceased's phone. They first attempted to unlock it using his fingerprints; when all ten fingerprint attempts failed, they resorted to learning how to do so via YouTube. This breach in chain of custody was never disclosed in my discovery, and my legal team  Keith Yeazel, Scott Culbert, (P.I) Jessica Gregg & Kevin Durkin failed to pursue it.

Upon gaining entry, CPD Saddler began deleting calls, pictures, and texts, even calling my cell phone multiple times. This tampering was caught on another BWC footage, CPD Snyder! (However CPD Saddler's BWC and DASH camera footage vanished). When questioned under oath about the hacking of the deceased's phone, both Saddler and the Coroner denied doing so, claiming it broke protocol. Yet, they are recorded on BWC breaking protocol and law.  All of this can be reviewed in my November 2024 trial transcript.

In November 2018 my drugs were packed in small, torn-off corner pieces of baggies,weighing 0.08g, no larger than a Skittle. The code name for my heroin was "brownies," due to its color. Mr. Borck ingested a large, off-white chunk ripped from a full-length baggie, with the remaining drugs left on his table along with the empty full-length baggie. The drugs did not and could not have come from me or anyone I left drugs to sell for on my behalf.  my cell-Brite message searches for words such as "brownie," "bags," and "baggie." will show this.

On May 17, 2021, during a recorded jail call,  Ms. Nicole Savor admits responsibility for Mr. Borck's death, implicating "Twin" (Marquise Artis). Ashleigh Davis, a co-defendant, on this day drove to Columbus Ohio from Chillicothe, Ohio to visit another co-defendant, Airrika Anthony. On the way to the visit, Ms. Davis picked up co-defendant Victor Blake. Mr. Blake was present during the conversation that Ms. Sarvor implicates Mr Artis & herself this call was done via a car speaker where all four of us myself, Ms Sarvor, Ms Davis & Mr Blake was all on the phone, hearing the whole conversation. When Ms Davis attempted to testify about this during my November trial, Ms. Davis was stopped by Ms. Heather Hill, ( prosecutor). The government's case relies heavily on false and manipulated evidence. My old attorney, John Li, interviewed Ms. Sarvor regarding Mr. Borck's death and uncovered further admittion of Nicole Sarvors and "Twins" conducts.

On January 11th 2019  to January 14, 2019  I was incarcerated inside Scioto County Jail. However, Whitehall Det. Slosser, Whitehall Det. Grinstead, & CPD Samuel L. Chappell, presented a detailed story claiming I made a controlled buy on January 13, 2019, this infomation was used to obtain a warrant. This information also has been copy-pasted on two other dates on or around this time frame,

this said drug sale was based on false information knowingly presented to the grand jury resulting into me getting charges.

Victim, Melanie McCoy, who lied extensively during my case, recanted her original statement and testimnonies during a May, 2025 podcast interview. Ms. Mccoy stated she was paid and forced to make false statements against me by CPD Brandon Harmon and prosecutor Heather Hill. The interview took place between Melanie McCoy, who was incarcerated at the time at the Ohio Reformatory for Women, and civilian/podcaster Christian Morales.

In addition There is no such evidence suggesting that I sold roughly five grams of drugs daily to Ms. McCoy starting in 2018, which was used to inflate my charges to meet a 400-gram minimum for a mandatory 10yrs- life sentence. In reality, I first met Ms. McCoy in August 2019, not 2018, and was jailed in November 2020. The timeline does not support continuous drug trafficking from 2018 onward.

Ms. McCoy was named a victim in both my case and in another case involving a guy name Marcus Carmon- he to was said by CPD Harmon that Ms Mccoy was sex trafficked. This would mean that Ms Mccoy during the same timeframe was sex trafficked. For this to be true this results in to a overlapping timeframes. Ms Mccoy eventually recanted in Carmon's case, exposing CPD Harmon's coercion. Within my discovery CPD Harmon cross contaminated over 30 pages labeled "Marcus Carmon," additionally CPD Harmon copy-pasted information from Carmon's file into mine.

During the May 2025 interview Ms. McCoy believes she and others are being manipulated by prosecutors Kevin Kelly, Heather Hill, and CPD officers Chappell and Harmon to ensure my conviction. I agree, as transcripts show a victim in my case, Ms. Payton Rice, clarified she was not trafficked or beaten by me, and that she was forced to lieby the government that Ms. Hill used leading questions and threats of perjury to persuade Ms Rice into saying what Ms hill wanted.

Ms. Ephrem was also in prison during this period, from December 2019 to August 2020, and has also committed perjury by claiming sex trafficking. I believe she is loyal or fearful of Harmon. Much of her testimony can be refuted by text messages, but Mr. Yeazel and Mr. Durkin refused to pursue this.

On September 2, 2019, I was wrongly arrested and charged with posession of crack/cocaine. I was present at the hospital at the time where Ms. McCoy was being detained and arrested by Columbus Police Officers. A small amount of drugs were found near the area she brisk walked away from Riverside cops, yet upond CPD Fantin & Conner's arrival I was charged and subsequently found guilty. Ms. McCoy later wrote a notarized letter claiming responsibility for the drugs that I was arrested and convicted for, yet nothing has been done to fix this miscarriage of justice.

Furthermore, my casion jackpot winnings, over $3,700, were documented in a Riverside report, a report in which I've found through Riverside corprate office. The Counting of my money states $3,700.00 (zero cents); however CPD Brandon Harmon, Fantin, Chappell, and Conner, contradicts this by providing a false report, stating I had loose change on me, judging by the photos CPD Harmon somehow provided. In the photos from CPD it shows over two dollars in loose change and a gift card. Officers Fantin & Conner falsely reported only $1,707.00. Additionally, I have reason to belive that Harmon tampered with evidences, including photos from Riverside Hospital, which appear to be altered or recreated. The police reports and evidence presented are flawed or fabricated.

I have evidence of two CPD officers, Fantin and Connor, conspiring to plant drugs, or frame me for possession.These officers stole $2,000 from me, and provided inconsistent reports. They deliberately hid or destroyed their BWC and DASH footage, along with my CPD headquarters detective interviews, and hospital reports are also missing. I later discovered a hospital report that had

been hidden. The hospital's corporate office claims the report should be in my discovery, indicating the goverment received it. I now know the report was deliberately concealed by the government.

It was also testified that Ms. McCoy was present during my daughter's death on April 10, 2020, she claimed to have seen my daughter, Capan, Ms. Weathers, Ms. Ford, CPD officers, etc., that day. However, in the 2025 interview, she recanted, stating Harmon put those words in her mouth without her knowledge. Moreover, Ms. McCoy was incarcerated from December 2019 to September 2020, making her presence impossible on April 10, 2020. I have JPAY records confirming her incarceration during that time. She could not have been at my house on April 10, 2020 if she was incarcerated.

During a traffic stop on October 29, 2020, CPD Harmon falsely reported a tested positive for cocaine based on a white substance. The lab later confirmed it was not a controlled substance. Despite the ticket being dismissed in municipal court, the federal government and judge conspired to overlook these issues. Harmon claimed my headlights were off in the rain and that I ran a red light at the intersection of Alger and Sunbury Road—an area with cameras, though the footage was never retrieved. My 2020 Nissan Altima is equipped with Auto Intelligent Headlights (AIH), which automatically turn on when approaching dark areas or during rain, making it impossible for me to drive without headlights on. Both officers Larid and Moreue testified under oath that my headlights were off, but their DASH footage that shows otherwise has vanished, as well.

Harmon's report falsely states we were sitting in a car with a K-9 alert after walking around the vehicle, prompting a search. The K9 officer's report also conflicts with video evidence. BWC footage shows all passengers removed before the dog was deployed. In reality, the dog did not alert; the excitement was caused by the premature removal of the dog's toy. Although marijuana was found in a passenger's purse, Carter, the K-9 officer, admits his dog does not sniff for weed. If not weed, then what did the dog smell? No controlled substances were ever found. Notably, Carter shot and killed his last training dog.

On November 18, 2020, SWAT raided a home where approximately $48,000 was found after busting a wall. Inside was another $15,000 in piping, in another area of the basement, which was later found to be unfounded and untouched by officers. That money was used to pay my attorney, John Li. I am a professional gambler, and also do jobs in realestate. All of my money is accounted for, although some funds remain unaccounted for. I believe Harmon and others conspired to steal my money! My money was stored in socks with rubber bands, $100 bills in one sock, and smaller denominations in another.

Along with the money, 66g of a white cutting agent, and 22g of green cutting agent was found. CPD Harmon's field tests falsely identified at least 95.45% fentanyl. This test was used to gain the illergal access to raid three seperate homes. Multiple co-defendants pled guilty at this conviction. However, September 2023 lab tests proved the substances were not illegal. Those who pled guilty are now stuck with convictions for a substance that was never unlawful- despite my layers having access to this lab evidence.

In 2021, CPD ofificers Harmon and Chappell visited Christian Morales at Jackson Pike Jail. They confiscated his phone and denied him identification of the officers involved. Officer Harmon tore off the officer's identifying info, legal doclmentation identifying info of himself and his partner, which is a direct violation of Federal law. I have photo evidence, jail visitor logs, FCC2 phone records, and testimnonies to support this.

CPD officers Harmon and Chappeal have committed perjury in their reports. Under oath, Harmon claimed he never filed a warrant for my cell phone, but I was handed a warrant signed by him

—this warrant was also hidden from discovery. My attorneys failed to uncover it before trial. I have sent letters requesting all relevant documentation.

In between the dates of December 2023, up until my trial in October of 2024, I wrote Judge Morrison constantly about the issues I was having. I documented her the issues I was having with the horrible conditions within the jail, the problems I was having with my own defence lawyers, and the corruption I was facing from the Columbus Police. I never received a single letter back from Judge Morrison herself or anyone on her behalf. I sent Judge Morrison the Body-Worn Camera footage of a female officer who arrived at the Borck scene, as well as letters and motions outlining the corruption in my case. She is aware of these issues, but has purposely ignored them.

In 2024, during my trial, a Federal Agent contacted my attorneys Keith Yeazel & Kevin Durkin, this information was concealed from me. Mr. Durkin slipped up and told me of this call, saying Mr. Yeazel would tell me of this call when he "felt like it." I then questioned Mr .Yeazel of the Agent, however, Mr .Yeazel refused to give me any information on the call. I told Mr. Yeazel I needed to talk with the Agent, knowing they wouldn't try contacting me for no reason, and assumming this must affect the outcome of my case. Mr. Yeazel refused to give me any information, even after losing trial. Both attorneys refused and had stopped taking my calls. I then called the FBI Headquarters trying to find out whom reached out to me, however FBI cant give that informationout suggesting I complain to the board that witholding and depriving me of such information/interviews affects me in the worst way.

In conclusion, I feel as if I was not given a fair trial, and that the odds were stacked against me from the start. Starting with the cover-ups, corruption, and illegal means of gathering evidence from the Columbus Police, to the railroading being done by my own lawyers, Private Investigator, and Judge, I was never given a fair chance at fighting for my life. I have discovered and documented all of the new information and witness testimony, and I feel it is enough to warrant a new trial, and even a dismissal of all charges. The recanting done by the witnesses, and the lies caught and proven by the Columbus Police on their own BWC, proves all of what I'm saying. In trying to dismiss my legal counsel, and being denied, I felt like it then painted a target on my back. I felt like I was then not being represented fairly, and every additional councelor I got added after that just continued gettin worse and worse. I have been disrepected, called out of my name, made fun of, and laughed at by my own defense lawyer.s.

When first learning of the problems with my legal team, I immidiately addressed the issue within the court. I was not allowed new counsel, and since the beginning it seems like I have been on my own the whole trial. My own Private Invetigator was hired by my legal team, so she too was not working in my best interest. When new evidence appeared and I then took it to my legal team, nothing was done. No new motions were written, and in the end I of course lost trial. I feel as if I may have had a different outcome if the trial was fair, and I had decent representation.

- **Prosecutor Kevin Kelly** has deomonstrated Prosecutorial Misconduct.
- **Kevin Kelly has used** threats towards witnesses if they didn't do as asked by regarding Mr. Maye.
- **Kevin Kelly** didn't allow enough time to view new crucial evidence.
- **Kevin Kelly w**ithheld potential evidence that should have been provided at the beginning of this case, and later brought this evidence against me without a proper reason or new disposition to the evidence.
- **Kevin Kelly** has been aware of the missing BWC and DASH video footage,and has ignored the fact that CPD officers knowingly provided flase testimony to the Grand Jury.
  **Prosecutor Heather Hill** has demonstrated Prosecutorial Misconduct.
- **Heather Hill** Chose to exclude key evidence and witness testimony from trial.
- **Heather Hill told** key victim/witnesses to keep their former statement when they came forward to fix their original statement to the Grand Jury, stating they lied in their previous statement. Ms. Hill told them to keep their former statement even if it was a lie, preventing the real statement and the actual truth from coming out.
- **Heather Hill** stopped the victims from explaining why they originally lied to the Grand Jury.
- **Heather Hill** knew of the jail call from Ms. Sarvor implicating someone else for the overdose I was charged for, yet failed to review this recorded jail call that would ultimately exonerate me from this conviction.
- **Heather Hill** has failed to give me enough time to review new evidence, and has withheld potential evidence tthat should have been provided at the beginning of this case.

## PROSECUTIONAL MISCONDUCT THROUGH THE KNOWINGLY PRESENTATION OF FALSE TESTIMNONIES:

- **Ms. McCoy** was later dismissed as a victim, but this was never communicated to the jury,
- **Ms. McCoy** later wrote a notarized letter (11-2-2019 while incarcerated ) claiming responsibility for the drugs that I was arrested and convicted for, yet nothing has been done to fix this miscarriage of justice.
- **Ms. Shivers** was told to lie to the Grand Jury by CPD Harmon.

## Conspiracy of Attorneys & Private Investigators:
### 4th, 5th, 6th, 8th, 14th Amendment Violations

Defence Attorneys **Scott Culbert**, **Keith Yeazel**, and **Kevin Durkin** have been ineffective with regards to pushing for the things I have asked for (motions, wishing to view my discovery, subpoenas, witness interviews, viewing of the BWC/DASH video footage.)

- **Scott Culbert**, **Keith Yeazel**, and **Kevin Durkin** Lied about the strategy, focus, and preparedness of my defense.
- **Scott Culbert**, **Keith Yeazel**, and **Kevin Durkin** Promised multiple visits, phone calls, or video confrences that were never scheduled.
- I am told by one attorney that they cannot act without my other attorney telling them to do so, therefore they will not accept suggestions directly from me.
- **Scott Culbert**, **Keith Yeazel**, and **Kevin Durkin** failed to persue victim testimony, old and new.
- **Scott Culbert**, **Keith Yeazel**, and **Kevin Durkin** failed to persue a victim recanting her original statement, claiming she was forced to lie under oath.
- **Scott Culbert**, **Keith Yeazel**, and **Kevin Durkin** never told me of my guidelines, leaving me clueless to what my sentencing range would be if I would have taken a plea deal instead of going to trial.
- **Scott Culbert**, **Keith Yeazel**, and **Kevin Durkin** failed to inform me of the FBI agent that tried contacting and reaching out to me prior to my trial being over.
- **Scott Culbert**, **Keith Yeazel**, and **Kevin Durkin** promised me I would receive the information on who and why they wanted to meet with me once my trial was over, even though the meeting could have affected the outcome of my trial. Even after my trial I have never been told what agent wanted to meet with me and why, depriving me of key information about the investigation of my case.
- **Scott Culbert**, **Keith Yeazel**, and **Kevin Durkin** failed on several occasions in attempting to successfully establish contact with me and my legal team. I faced obstacle after obstacle.
- **Scott Culbert**, **Keith Yeazel**, and **Kevin Durkin** failed to have a private attorney/client conversation, all my calls to my legal team have to be placed on speaker phone in front of a member of the jail.
- **Keith Yeazel** and **Kevin Durkin** were jointly fired from USA v. Washington case also involving CPD Harmon.
- **Keith Yeazel, on** several attempts of me making contact with, I was hung up on, put on hold for extensive amounts of time, and limted to single digit minute phone calls.
- **Scott Culbert and Keith Yeazel**, has referred to me using words like, "dumbass," and "bitch," while jail staff having to be present for these phone calls and hearing all of what was going on.
- Keith Yeazel suffered from a heart attack, reaseach showing it takes a person over 70 longer to heal and recover; affects brain functions.
  My Private Investigator, **Jessica Gregg**, was hand picked and hired by Keith Yeazel.
- **Jessica Gregg** has numerous times ignored calls from victims McCoy and Rice.
- **Jessica Gregg** was called by Sarvor and told of her admission in the overdose death in which I was convicted for. The call was a 5 minute free call from N.O.C.C. And is easily recoverable since all jail calls are recorded. The jail call was never further investigated.

## Conspiracy of Attorneys & Private Investigators (Continued):

- **Jessica Gregg** receives correspondence from Logan Stacy and Greg Cloyes, individuals who had information that could have helped my defense. They were never contacted back and no futher contact was made.
- **Jessica Gregg** was put in contact with Shivers by Keith Yeazel. When Shivers decided to correct her testimony, **Jessica Gregg** tells Shivers to never tell anyone the truth.
- **Jessica Gregg** was absent the entire 21 days of my trial.

This covers violations of my Constitutional rights, including violations of the 6th Amendment regarding Assistance of Counsel. These actions have been duly committed by Keith Yeazel, Scott Culbert, and Kevin Durkin. In regards to Mr. Yeazel, Mr. Culbert, and Mr. Durkin, they have acted against my wishes. I also believe that a violation of the law has been committed.

CPD Officers **Harmon**, **Chappell**, and all the other Officers, Task Force Officers, Special Agents, Detectives, and Forensic Scientists fabricated evidence and used illegal means to further their investigation. I was jailed in Portsmouth County Jail from January 11 to January 14, 2019 however CPD presented a detailed story claiming I made a controlled buy on January 13, 2019, which was used to obtain a warrant. This was based on false information knowingly presented to the grand jury. On September 2, 2019, I was arrested at Riverside Hospital and charged with posession of a controlled substance. A notarized letter has been written claiming possession for the drugs that I was arrested, charged, and convicted for that day, yet nothing has been done to overturn my conviction. That drug conviction was used to further establish a more serious and lengthy criminal history that warranted a higher criminal history category, meaning a longer, more lengthy prison sentence. During a traffic stop on October 29, 2020, CPD Harmon falsely reported a tested positive for cocaine based on a white substance. The lab later confirmed it was not a controlled substance. Despite the ticket being dismissed in municipal court, the federal government and Judge conspired to overlook these issues. This drug conviction was used to further establish a more serious and lengthy criminal history that warranted a higher criminal history category, meaning a longer, more lengthy prison sentence.

In November 2020, a house was raided by CPD and ATF agents. 66G grams of a white cutting agent, and 22 grams of a green cutting agent were found. CPD Harmon's field tests falsely identified at least 95.45% fentanyl in both of these cutting agents. These positive tests were used to gain the illergal access to raid three seperate homes, although no illegal substances were ever recovered. A seperate test was done on the drugs in September 2023, and it was found no illegal substances were found in the 66 grams of the white cutting agent or the 22 grams of the green cutting agent. Although the second test was done and no illegal substances were found, the original test was used to further their investigation and gain access into three seperate homes. The investigation wouldn't have been incorrectly continued if the drugs tested were tested right the first time. Along with the Columbus Police and special agents present, the Forensic Scientist **Emily White** signed off on her expertise that the drugs tested were tested correctly.

Harmon uses bully tactics to get civilians, witnesses, victims, and other law enforcement into doing what he wants them to. He threatens Sarvor on multiple occasions, the witness who knows the truth about who was responsible for the drug overdose of Mr. Borck. He tells Shivers, the victim who recanted her statement and chose to tell the truth in her second testimony to the Grand Jury, to tell the story she told the first time. He stalked witness Kristi Mace to the point where she felt threatened and wrote me a letter detailing his contact with her. He stalked victim Payton Rice, even hacking her Facebook page, posing to be her and posting on her behalf. Harmon has tampered with every step of this investigation, basically molding it to fit how he feels will provide the outcome that benefits, or pleases him the most.

This investigation was furthered using unethical and illegal means. The fruits of a poisonous tree were obtained due to police misconduct, fraudulent affidavit for probable cause of the 4th amendment violation, using false evidence, false statements, and false arrests that permeated throughout the entire investigation and trial. These actions have been duly committed by the members of the Columbus Police Department, Task Force Agents from Alcohol, Tobacco, Firearms, Detectives from the Whitehall Police Department, and Forensic Scientist Emily White. I also believe a violation of the law has been committed.

Each year, over 750,000 people in the U.S. sre arrested for drug possession based on roadside/field drug test kits

.    The MX908 tests sre often inaccurate in identifying controlled substances because they are only capable of identifying aspects of chemical compunds, many of which are shared by both illegal and legal sunstances as commonplace as Krispy Kreme donut glaze, soap fragments, sugar, sugar substitutes, folic acid and melatonin tablets, or medications such as Benadryl, unlike laboratory tests.

As a result, every year, tens of thousands of innocent people are jailed and burdened with drug convictions that afflict them for life based on the MX908.

A landmark study, released in January 2024, found that field drug tests were the "largest known contributing factor to wrongful arrest and convictions in the U.S." In addition to, the study determined that Black Americans were falsely arrested based on inaccuratee field drug tests at a rate three times higher than their white counterparts.

According to the Quattrone Center study, every year over 750,000 people are arrested based on field drug test kits. Although the true error rate of field drug tests on a national basis could not be detmined, the study found that approximately 30,000 people are falsely arrested each year, implicated by a presumtive test kit. The study further noted that false positive rates of 15% and as high as 38% have been observed.

The impact of these error-prone tests had previously been identiified on a local basis in Harris County, Texas, where 94 of 140 drug possession exonerations in 2016 and 2017 resulted from prosecutions involving roadside/field drug test that innacurately identified illegal sunstances. Similarly, a 2017 investigation by Fox News Atlanta found that 145 instances of wrongful arrests based on false positive results, including 64 for suspected methamphetamine. As far back as 1974, five deades ago, the Commerve Department's National Bureau of Standards stated that roadside drug test kits "should not be used as sold evidence for the identification of a narcotc or a drug of abuse." In 1978, the Department of Justice determined that "field tests should not be used for evidential purposes." Following a 2016 Pro Publica investigation, Sitchie, one of the leading roadside/field drug test manufacturers, added a warning label to its printed cocaine test instructions stating, "ALL TEST RESULTS MUST BE CONFIRMED BY AN APPROVED ANALTICAL LABORATORY." In virtually all juridictions, due to this known unreliability, roadside/field drug tests are inadmissable at trial. Instead, for trial purposes, prosecutors may only introduce a laboratory test in seking to establish the guilt of the accused. However, 95% of drug possession cases are settled by plea agreement, without the benefit of a confirmatory laboratory test.

The good news is that many police departments and prosecutors' offices have already embraced new technology or policies, and successfully moved away from using field drug tests as a basis for arrest and prosecution. Many did so because of concerns for officer safety due to the risk of fentanyl exposure. Other agencies did so because of concerns about the unacceptably high rish of false positives.

Wrongful arrests and other sanctions based on outdated and inaccurate field test technology are a needless tragedy for the individuals impacted, their families, and communites, and especially Black communities that are impacted at three times the rate of their white counterparts. In addition, wrongful arrests are an enormous waste of taxpayer dollars and do a disservice to the men and women in law enforcement by undermining trust in our criminal justice system.

## EVIDENCE TAMPERING, PHOTOSHOP, CROSS CONTAMINATION, GOVERMENT/CPD CONSPIRACY & CORRUPTION, MALICIOUS PROSECUTION:
### 4th, 5th, 6th, 8th, 14th Amendment Violations

- CPD officers, **Fantin** and **Connor**, conspiring to plant drugs, or frame me for possession.
- CPD officers, **Fantin** and **Connor**, conspired and stole $2,000 from me
- CPD officers, **Fantin** and **Connor**, conspired providing inconsistent police reports.
- CPD officers, **Fantin**,**Connor**, Prosecutor **Heather Hill** & Prosecutor **Kevin Kelly** conspired hiding BWC and DASH footage,
- Prosecutor **Heather Hill** & Prosecutor **Kevin Kelly** conspired hiding CPD headquarters detective interview 9/2/2019.
- Prosecutor **Heather Hill** & Prosecutor **Kevin Kelly** conspired hidding Riverside Hospital reports
- Prosecutor **Heather Hill**, Prosecutor **Kevin Kelly**, Riverside Hospital's <u>security</u> **Anthony Wilson, Jeffrey Hoffman** & CPD **Brandon Harmon** conspired hidding Riverside Hospital reports.
- CPD officer **Harmon** falsely reported a positive test ( oct 29th 2020) to seek and obtain a search warrant.
- CPD officers **Larid, Moreue** & **Harmon** <u>falsely</u> testified my headlights were off in the rain the day of Oct. 29th 2020
- CPD **Harmon**  falsely testified "CPD K9 Officer **B. Carter** arrived at scene and walked his K9 around the vehicle. The K9 gave a positive alert to the driver's side of the vehicle. Officers then asked the occupants to exit the vehicle for them to conduct a search of the vehicle "
- CPD **Harmon** & SWAT officers conspired with the thief of $48,000 in the basement of linview search 11/18/2020
- CPD **Harmon**  falsely identified at least 95.45% fentanyl test of 66gms & 22gms how ever in a september 2023 the drugs was never a controled substants
- CPD officers **Harmon** and **Chappell** ***<u>unlawfully conceals, removes, mutilates, obliterates, and destroys,</u>*** documentation which was later given to Mr. Morales.
- CPD officers **Harmon** and **Chappell** have committed perjury in their reports, under oath, & warrants.
- CPD **Harmon** tamperd by erasing my Yahoo emails
- CPD **Harmon** tampered with by recreating a photo of the 9/2/2019
- CPD **Harmon** deprived getting 2 free 5 minute call from  Nicole Sarvor & Payton Rice at Stryker Jail in Dec 2021
- CPD **Harmon** told Greg Coyles, "I'm lying on Ricco."
- CPD **Harmon** falsely testified never obtaining a warrant for my cell phone but did on Aug 2020.
- CPD **Harmon** failed to preserve victims Rice, Ephrem, and McCoy's cell phones and Facebooks.

All of the women were incarcerated during the course of CPD Harmon's "investigation." Upon being booked into jail, cellphones are confiscated and are at the disposal CPD Harmon. Assuming CPD Harmon did his job and reviewed the phones, the phones would have shown exculpatory evidence. Harmon purposely failed to preserve the women's cellphones and Facebook accounts. Kevin Kelly and

## EVIDENCE TAMPERING, PHOTOSHOP, CROSS CONTAMINATION, GOVERMENT/CPD CONSPIRACY & CORRUPTION, MALICIOUS PROSECUTION (CONTINUED):

Heather Hill's failure to disclose and preserve the cell phones has impeded my ability to defend my case. If an alleged victim was not forced or compelled, but instead performed sexual acts of her own free will, the defendant is not guilty of human traficking that victim. Thus, whether Ms. Rice, Ms. Ephrem, or Ms. McCoy were arranging their own dates, how long they were doing so, how much money they made, all of that is independent of me and is critical to all aspects of my defense.

Errors in the Grand Jury proceedings violated my Constitutional right due to presentation of hearsay testimony as primary evidence. Kevin Kelly and Heather Hill's failure to establish probable cause linking me to alledged sex trafficking and overdose of Mr. Borck. The Goverment uses unverified evidence to mislead jurys; There's a lack of specificity in the indictment. Even in the absence of a specific request, the prosecution has a constitutional duty to turn over exculpatory evidence that would raise a reasonable doubt about the defendant's guilt. A criminal defendant may prove a due process violation based on the prosection, CPD and the Goverment's failure to preserve evidence if the evidence posesses an exculpatory value that was apparent before it was destroyed. The failure to preserve this evidence that is known to be beneficial to me is a direct violation of my 5th amendment right.

This covers violations of my Constitutional rights, including vioklations of the 5th and 6th Amendment regarding Due Process of the Law, and to be Informed of the Nature and Cause of the Accusation. The actions have been duly committed by Prosecutors Kevin Kelly and Heather Hill. In regards to the prosecutors, they have acted under the Color of Law with regards to their Official Capacity. I also believe a violation of the law has been committed.

# List of injuries:

The following is a list of injuries I sustained as a result of the actions of the Defendants. Note that some of the injuries where mental injuries sustained due to the physical injuries I experienced or because of the severe neglect I endured. Some of the mental injuries where do to the conditions of my confinement & the type of confinement I went through.

Note that placing someone in isolated confinement & then adding in deplorable conditions is a serious issue one that invokes an "atypical & significant hardship" on and individual. With that in mind the following is a list of injuries.

1. **Severe Stress & Anxiety:** throughout the time of my isolated confinement and my time in deplorable cell settings, I had to endure great amounts of anxiety or distress that culminated from the conditions and treatment I received. Due to this I eventually sought out mental health staff who tried to assist me and help me to cope with the things I was dealing with.

2. **High Blood Pressure:** do to the heightened levels of stress I dealt with it got to the point where my blood pressure became way to elevated to the point I need to bee seen by a nurse. The nurse recommended that I try to calm myself down through different types of exercises and medications.

3. **Rash, Dizziness, Nausea, &Vomiting:** due to the painting that was being done on the one unit I was on, I developed a small rash. I also became faint & dizzy from the fumes I was exposed to that lead to me becoming nauseous and vomiting. I was recently seen by medical.

4. **Suicide Attempt:** because of the great anguish I endured and the suffering I regrettably attempted to take my life. The result of which ended me up on suicide watch a few times. During my incarceration I was placed In a deplorable cells that had dried blood, urine, spit on the walls.

5. **Deprivation of Constitutional Rights:** based upon the deliberate, willing and intentional actions the Defendants committed knowingly, which violated the constitutional rights listed within the complaint. The actions committed caused the above injuries but also deprived me of rights secured to me by the constitution which are my fundamental rights as a human being born in America.

The injuries above are due to the circumstances of the treatment and conditions I was forced to deal with at the hands of the individuals listed within this 1983 claim as well as through CPD staff & through THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO EASTERN DIVISION staff.

## List of Reliefs Sought:

The reliefs below are due because of the direct, deliberate, and neglectful actions committed by the Defendants in this complaint. The reliefs sought are as follows.

1. **Injunctive Relief:** I seek this type of relief in order to change the policies, procedures, & practices that allowed for the violations within this complaint to occur. I believe that the firing and disbarment of the individuals listed within will break up this known conspiracy giving future defendants a fair trial that others may not be put through similar situations that I went through because of Goverments illegal procedures & practices.

2. **Compensatory/ Monetary "Damages" Relief:** The following is base on the injuries sustained and the conditions of confinement. Also it is based upon the treatment I received and the blatant violations of my rights secured by the constitution. I seek to be compensated in full for the indirect & direct injuries I sustained as listed in the injuries section on page # . I seek in full the following total value in American Dollars: Fifty Million United States Dollars non-taxed, $50,000,000.

3. **Anything else the Court Deems Just:** Lastly I see anything with in the courts power that it deems to be just or fair for the deprivation of my rights and the actions to which the defendants committed against me.

The above is due because of the actions the defendants committed against me. Nothing short of true justice can or will be accepted or allowed.

C.     What date and approximate time did the events giving rise to your claim(s) occur?

*Pages #6-9*

*SEE ATTACHED PAGES    TITLED STATEMENT OF Fact*

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*Pages #6-9*        *Pages #10-16 'Documenting*
*Titled 'Statement of Facts'*    *the Conspiracy'*
*SEE ATTACHED PAGES*    *Titled Statement of complaint Facts*

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

*See page #17 Titled 'List of Injuries'*

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

*See page #18 Titled 'List of Reliefs Sought'*

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.     Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*SOME CLAIMS HAPPEN PRIOR to JAIL, OTHERS HAPPENED FRANKLIN COUNTY CORRECTIONAL ONE/two FCCC I & II*

B.     Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☑ Do not know

C.     Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

*MY CLAIM IS NOT REALLY ON PRISON OFFICIALS, GOVERNMENT, NAMES LISTED WITHIN VIOLATED MY 1st, 4th, 5th, 6th, 8th 14th AMENDMENTS.*

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

I FILED to the 6th CIR APPEALS ON JUDGE MORRISON

2.    What did you claim in your grievance?

MISCONDUCT

3.    What was the result, if any?

RULED IN HER FAVOR

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

NONE, I'M SCARED OF RETALISATION, I HAVE SENTANCING COMING UP

F.  If you did not file a grievance:

　　1.  If there are any reasons why you did not file a grievance, state them here:

_____

　　2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I informed the Lodge & the BAR Association.
I received my reply, a ruling that was not in my favor.

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)     _Ricco MAYE_
     Defendant(s)     _CRAig EiDEN Et al    (CCNO STAFF)_

2.   Court *(if federal court, name the district; if state court, name the county and State)*
     _US DISTRICT COURT NORTHERN DIST OF OH WESTERN DIVS_

3.   Docket or index number
     _3:24 CV - D1310_

4.   Name of Judge assigned to your case
     _JEFFREY HELMICK_

5.   Approximate date of filing lawsuit
     _7-31-2024_

6.   Is the case still pending?

     ☑ Yes

     ☐ No

     If no, give the approximate date of disposition.   _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s) _____
     Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     _____

3.   Docket or index number

     _____

4.   Name of Judge assigned to your case

     _____

5.   Approximate date of filing lawsuit

     _____

6.   Is the case still pending?

     ☐ Yes

     ☐ No

     If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     _____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  7-11-25

Signature of Plaintiff

Printed Name of Plaintiff   RICCO MAYE

Prison Identification #   6J128-061

Prison Address   2240 HUBBARD RD

YOUNGSTOWN          OH          44505
*City*                              *State*              *Zip Code*

### B.    For Attorneys

Date of signing:  7-11-25

Signature of Attorney

Printed Name of Attorney   RICCO MAYE

Bar Number   N/A

Name of Law Firm   N/A

Address   2240 HUBBARD RD

YOUNGSTOWN          OH          44505
*City*                              *State*              *Zip Code*

Telephone Number

E-mail Address