IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Ricco Maye,

       Plaintiff,                              Case No. 2:25-cv-801
                                              District Judge James L. Graham
   v.                                     Magistrate Judge Caroline H. Gentry

Kevin Kelley, *et al*.,

       Defendants.

## Order

This matter is before the Court on the Magistrate Judge's August 6, 2025 Report and Recommendation. The Magistrate Judge conducted an initial screen of the complaint under 28 U.S.C. § 1915(e)(2) and recommended that the complaint be dismissed without prejudice. The Magistrate Judge determined that plaintiff's claims seek to undermine the validity of ongoing criminal proceedings against him and cannot be brought at this time.

No objections to the Report and Recommendation have been filed. Upon review, the Court agrees with the Report and Recommendation (Doc. 5) and adopts it in its entirety. The complaint is DISMISSED without prejudice.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order adopting the Report and Recommendation would not be taken in good faith and therefore denies plaintiff leave to appeal *in forma pauperis*. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

                                                              *s/ James L. Graham*
                                                              JAMES L. GRAHAM
                                                              United States District Judge

DATE: September 4, 2025